*JUDGE DANIELS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :     INDICTMENT
                                 :
        - v. -                   :     08 Cr.
                                 :
AYRAT KHASANOV,                  :     **08 CRIM 374**
                                 :
                Defendant.       :
                                 :
- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about February 5, 2008, and continuing thereafter, in the Southern District of New York and elsewhere, AYRAT KHASANOV, the defendant, having been released on bail in connection with offenses punishable by imprisonment for a term of 15 years and more, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, KHASANOV failed to appear for a court conference in the United States District Court for the Southern District of New York in the matter of United States v. Ayrat Khasanov, 07 Cr. 809 (WHP), or at any time thereafter.

(Title 18, United States Code, Sections 3146(a)(1)
             and (b)(1)(A)(i).)

_____          _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 25 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

AYRAT KHASANOV,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. §§ 3146(a)(1) and (b)(1)(A)(i).)

                    MICHAEL J. GARCIA
                 United States Attorney.

A TRUE BILL

                                Foreperson.

4/25/08 - Fld. Indictment. Case assigned to Judge Daniels.

Eaton, J. U.S.M.J.
NY